UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA A. LEE,

       Plaintiff,

v.                           Case No.   8:14-cv-2324-T-33JSS

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 19), entered on August 28, 2015, recommending that the decision of the Commissioner of Social Security denying Social Security benefits be affirmed.  As of this date, neither party has filed an objection to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no

requirement that a district judge review factual findings de

novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir.

1993), and the court may accept, reject or modify, in whole or

in part, the findings and recommendations.   28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection.  <u>See</u> <u>Cooper-Houston</u>

<u>v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro</u>

<u>Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla.

1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the

findings, conclusions and recommendations, and giving de novo

review to matters of law, the Court accepts the factual

findings and legal conclusions of the magistrate judge, and

the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The Report and Recommendation (Doc. # 19) is **ACCEPTED** and

**ADOPTED.**

(2)  The decision of the Commissioner of Social Security

denying benefits is **AFFIRMED.**

(3)  The Clerk is directed to enter a Judgment in favor of the

Commissioner reflecting that the Commissioner's decision

denying benefits is affirmed.  Thereafter, the Clerk is

directed to **CLOSE THE CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of September, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies to: counsel of record

3